## J. F. Dougherty, Appellee, v. Frederick Becklenberg, Appellant.

### Gen. No. 21,916.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed May 9, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by J. F. Dougherty, plaintiff, against Frederick Becklenberg, defendant, to recover a real estate commission. From a judgment for plaintiff for $3,125, defendant appeals.

SONNENSCHEIN, BERKSON & FISHELL and EDWARD H. MORRIS, for appellant.

WILLIAM MCKINLEY, for appellee; A. A. MCKINLEY and LUTHER F. BINKLEY, of counsel.

MR. JUSTICE GOODWIN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. BROKERS, § 88*—*what constitutes prima facie case in action for commissions.* In an action to recover a commission on a certain real estate deal, where defendant agreed to pay plaintiff a certain commission upon consummation of the deal, a prima facie case *held* to be made out when plaintiff showed a contract for the sale of the land formally executed by the parties and accepted by the defendant, notwithstanding the defendant later refused to carry out the contract.

2. CORPORATIONS, § 431*—*when word in signature is descriptio personæ.* The word "treasurer" after the name of an officer of a corporation is *descriptio personæ.*

3. CORPORATIONS, § 430*—*what is sufficient signature to agreement.* The name of a certain company to a certain agreement, *held* to be sufficient if placed there by a person authorized to act for the company, even though the signature of the person acting as the company's agent did not itself appear.